IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SUN LIFE ASSURANCE COMPANY
OF CANADA,

       Plaintiff,  :  Case No. 3:14-cv-041

               District Judge Walter Herbert Rice
- vs -           Magistrate Judge Michael R. Merz

RICHARD E. JACKSON, et al.,

       Defendants. :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

  The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #44), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

  Accordingly, it is hereby ORDERED that Defendant Richard E. Jackson's Request for Extension of Time (Doc. No. 42) is DENIED.

April 7, 2015.

                       Walter Herbert Rice
                       United States District Judge